| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 5:13-MJ-1701-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 3:14-00070-01 |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| RIVES, Joshua S. La Vergne, TN | EASTERN NORTH CAROLINA | Western |
| | NAME OF SENTENCING JUDGE William A. Webb | |
| | DATES OF SUPERVISION → | FROM 03/11/2014    TO 03/10/2015 |

**OFFENSE**

Level 5 Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Middle District of Tennessee upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

April 28, 2014
Date

United States Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

4/17/14
Effective date

United States Magistrate Judge