**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 3:14-00070** |
| | ) | |
| **JOSHUA S. RIVES** | ) | |

## O R D E R

  The Defendant, Joshua S. Rives, appeared before the Court on July 28, 2014, pursuant to a summons regarding alleged violations of his probation.  Defendant was advised of his right to a Revocation Hearing and other rights incident to the Revocation Hearing.  Defendant retained attorney H. Scott Saul to represent him.

  Defendant shall remain on release pending the Revocation Hearing on the same conditions previously imposed on March 11, 2014.

  IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge