UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**UNITED STATES OF AMERICA** )
)
**v.** ) Case No. 3:14-00070
) Magistrate Judge Knowles
**JOSHUA S. RIVES** )

## O R D E R

This matter is scheduled for a Revocation Hearing before the undersigned on August 19, 2014, at 10:00 a.m.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge