UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:14-cr-00070 |
| v. | ) | |
| | ) | Judge Knowles |
| JOSHUA S. RIVES | ) | |

**AGREED JUDGMENT AND COMMITMENT ORDER
ON VIOLATION OF PROBATION**

Pursuant to the Court's Order dated August 29, 2014, the United States of America and Defendant Joshua S. Rives (collectively, the "Parties") hereby submit this Agreed Order regarding the terms of judgment and commitment:

Defendant, JOSHUA S. RIVES, who was convicted on March 11, 2014, and placed on probation for a period of twelve (12) months, has violated the terms of probation. It is hereby ORDERED and ADJUDGED that the Defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seven (7) consecutive weekends. Defendant will remain on probation following this period of incarceration, on the same conditions previously imposed.

The defendant is remanded to the custody of the United States Marshal under the terms set forth in this order.

IT IS SO ORDERED.

_____
THE HONORABLE E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE
Middle District of Tennessee

Dated: _____

                                          DAVID RIVERA
                                        United States Attorney for the
                                        Middle District of Tennessee

s/ *H. Scott Saul*                          BY: s/ *Stephanie N. Toussaint*
H. Scott Saul                                 Stephanie N. Toussaint
Counsel to Joshua S. Rives            Assistant United States Attorney
Attorney at Law                          110 Ninth Avenue South, Suite A-961
501 Union Street, Suite 502           Nashville, Tennessee 37203
Nashville, TN 37219                    Telephone: (615) 736-2144
Telephone: (615) 727-0173